UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DRAKE EDWARDS,

    Plaintiff,

vs.

UNIVERSITY OF DAYTON, *et al*.,

    Defendants.

Case No. 3:15-cv-260

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on August 26, 2015 (Doc. #3) is **ADOPTED** in full;

2. Service shall not issue;

3. Plaintiff's complaint is **DISMISSED**; and

4. This case is terminated on the docket of this Court.

Date: September 15, 2015

    *s/Thomas M. Rose
    ―――――――――――――――――――
    Thomas M. Rose
    United States District Judge